**SO ORDERED.**

**SIGNED this 15 day of January, 2020.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia
Valdosta Division

| | |
|---|---|
| In Re: James C. Bell, Jr.<br>Jennifer D. Bell<br>832 Ellis Bryan Rd.<br>Tifton, GA 31793<br><br>XXX-XX-2653<br>XXX-XX-3670 | Chapter 13<br><br>Case No: 19-71014-JTL |

Order for Claim No. 2

The objection of the Chapter 13 Trustee to claim # 2 filed by Freedomroad Financial, C/O Wayfinder Bk, Llc Bin 51571Po Box 51571, Los Angeles, CA 90051-5871, having been served upon the claimant and other parties of interest , and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

ORDERED that claim # 2 filed by Freedomroad Financial, is hereby designated as unsecured for the purpose of distribution .

END OF DOCUMENT

/s/ Kristin Hurst
_____
Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com